UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CATHIE COIRO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**RARE COIN COLLECTIVE LLC,** a Florida registered company,<br><br>*Defendant.* | Case No. 9:24-cv-80334-KAM<br><br>**CLASS ACTION** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cathie Coiro and Defendant Rare Coin Collective LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Avi R. Kaufman*

Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

Thomas W. Walters, P.A.
499 E. Palmetto Park Rd., Suite 209
Boca Raton, FL 33432
Phone (561) 876-6770
Fax (561) 431-4602
twwlaw1@gmail.com

By: */s/ Thomas W. Walters*
Thomas W. Walters, Esq.
FL Bar #28623